UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JESS BALDRIDGE     CIVIL ACTION NO. 09-cv-0832

VERSUS     JUDGE HICKS

ARIZONA CHEMICAL CO., LLC     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Arizona Chemical Company, LLC ("ACC") removed this case based on an assertion of diversity jurisdiction, so it bears the burden of setting forth facts to establish the citizenship of the parties and the requisite amount in controversy. ACC describes itself as a Delaware limited liability company with its principal place of business in Florida. See Notice of Removal, ¶ 4. That is not an adequate allegation of citizenship for an LLC. See Wright v. JPMorgan Chase Bank, NA, 2009 WL 854644 (W.D. La. 2009). ACC is directed to file an Amended Notice of Removal by **June 12, 2009** and set forth its citizenship in accordance with the rules discussed in the cited decision.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of May, 2009.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE